**ORDERED ACCORDINGLY.**



Ronald M. Horwitz (005655)
Janessa E. Koenig (018618)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
rmh@jaburgwilk.com
jek@jaburgwilk.com
(602) 248-1000

Attorneys for Movant

**Dated: January 13, 2010**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CARLO L. RESTIVO and<br>MARLENE J. RESTIVO<br><br>Debtors. | Chapter 7<br><br>No: 2-09-bk-09763-GBN |
| WELLS FARGO FINANCIAL, INC.,<br><br>Movant,<br><br>v.<br><br>CARLO L. RESTIVO and<br>MARLENE J. RESTIVO and<br>CONSTANTINO FLORES, Trustee,<br><br>Respondent. | **ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |

This matter coming before this Court pursuant to the Motion of Secured Creditor, WELLS FARGO FINANCIAL, INC., to lift the automatic stay with respect to the Estate and to the Debtors' interest in the real property described in the Note and Deed of Trust attached to Motion; respectively; that the Debtors have defaulted in their post-petition installment payments and cause exists for lifting the automatic stay; that the Debtors have been unable to afford Movant adequate

protection for its interest in said property; that there is no equity in said property for the bankruptcy estate, and that Movant should be permitted to foreclose its lien upon said property.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C.§ 524 are lifted and vacated with respect to both the Estate and the Debtors' interest in the property described, to wit:

> LOT 844, OF ASHTON RANCH UNIT II, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 556 OF MAPS, PAGE 40.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.

DATED this _____ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

| | |
|---|---|
| 1 | **COPY** of the foregoing mailed<br>this 7th day of December, 2009, to: |
| 2 | |
| 3 | CARLO L. RESTIVO<br>MARLENE J. RESTIVO<br>14715 N. 147th Ave. |
| 4 | Surprise, AZ  85379 |
| 5 | LEONARD V. SOMINSKY<br>3839 N. 3rd Street, Suite 205 |
| 6 | Phoenix, AZ  85012 |
| 7 | CONSTANTINO FLORES<br>P.O. Box 511 |
| 8 | Phoenix, AZ  85001-0511 |
| 9 | s/ Jeanette Chavez |

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012